# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| WALGREEN CO., § § Plaintiff, § § v. § § U.S. DRUG ENFORCEMENT § ADMINISTRATION; ANNE MILGRAM, § in her official capacity as Administrator of the § Drug Enforcement Administration; U.S. § DEPARTMENT OF JUSTICE; and MERRICK § B. GARLAND, in his official capacity as § Attorney General of the United States, § § Defendants. § | Case No. 6:25-cv-19-JDK |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Federal of Civil Procedure 41(a)(1)(A)(i), Plaintiff Walgreen Co. dismisses with prejudice its claims against defendants the United States Drug Enforcement Administration; Anne Milgram, in her official capacity as Administrator of the DEA; the United States Department of Justice; and Merrick Garland, in his official capacity as Attorney General of the United States, none of whom have filed an answer or a motion for summary judgment.

Dated:  April 21, 2025                                    Respectfully submitted,

                                                          By:  */s/ William R. Peterson*
                                                               William R. Peterson
                                                               State Bar No. 24065901
                                                               william.peterson@morganlewis.com
                                                               MORGAN, LEWIS & BOCKIUS LLP
                                                               1000 Louisiana Street, Suite 4000
                                                               Houston, TX 77002-5005
                                                               Telephone: (713) 890-5000
                                                               Facsimile: (713) 890-5001

                                                               *Attorney for Walgreen Co.*

OF COUNSEL:

Tinos Diamantatos
Tinos.diamantatos@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1000
Facsimile: (312) 324-1001
*Pro hac vice forthcoming*

Eric W. Sitarchuk
eric.sitarchuk@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
*Pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification to all parties of record.

>                                      */s/ William R. Peterson*
>                                           William R. Peterson